ACCEPTED
14-14-00806-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**BELINDA HILL**
**FIRST ASSISTANT**



**CRIMINAL JUSTICE CENTER**
**1201 FRANKLIN, SUITE 600**
**HOUSTON, TEXAS 77002-1901**

**DEVON ANDERSON**
**DISTRICT ATTORNEY**
**HARRIS COUNTY, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/20/2015 8:56:52 PM

CHRISTOPHER A. PRINE
Clerk

April 18, 2015

Christopher A. Prine, Clerk
Fourteenth  Court of Appeals
301 Fannin Street
Houston, TX  77002-2066

**RE:**   *Anthony Alegria v. The State of Texas*

Court of Appeals Number:          14-14-00806-CR
Trial Court Case Number:          1373244

Dear Mr. Prine:

I represent the State of Texas in the above-referenced case. I write to advise of an apparent error in your online records. Your website shows that the appellant's last name is "Algeria." According to all of the documents in the record, however, his name is "Alegria." I ask that you review the record and your file and, if you find my point legitimate, correct the information in your system as reflected on your website.

Sincerely,

/s/ C.A. Morgan
**CLINTON A. MORGAN**
Assistant District Attorney
Harris County, Texas
(713) 755-5826

cc:     Danny Easterling
        eaepc@swbell.net